ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
                                        )     CASE NOS.   1:19CR147
        Plaintiff,              )
                                          )
    v.                                 )
                                        )
PAUL BELL,                   )     <u>Judge John R. Adams</u>
                                        )
        Defendant.           )     ORDER
                                        )

Pending before the Court is Defendant's motion for compassionate release (Doc. 643). Upon review, the motion is DENIED.

Within the COVID-19 backdrop, the Sixth Circuit explained this Court's duties and obligations when considering a motion for compassionate release as follows:

> "In resolving those motions, district courts now face two questions: (1) whether extraordinary and compelling circumstances merit a sentence reduction; and (2) whether the applicable § 3553(a) factors warrant such a reduction. A third consideration, the § 1B1.13 policy statement, is no longer a requirement courts must address in ruling on defendant-filed motions." *Hampton*, 985 F.3d at 531. To that end, district courts need not confine themselves to evaluating "extraordinary and compelling reasons" as defined by the Sentencing Commission in the § 1B1.13 policy statement. *Elias*, 984 F.3d at 519.

*United States v. Montero*, 842 F. App'x 1007, 1008 (6th Cir. 2021). "A district court has 'full discretion' in determining whether an extraordinary and compelling reason justifies compassionate release." *Id*. at 1009.

The Sixth Circuit has noted that a district court does not abuse its discretion when denying a motion when the prison facility at issue has no positive cases or otherwise has COVID under

control.  *See United States v. Elias*, 984 F.3d 516, 521 (6th Cir. 2021) (finding that it was not an abuse of discretion to deny compassionate release when Alderson had no reported cases and therefore only presented a speculative risk to the movant).

The Court notes that Defendant is currently in a facility in Memphis, a facility that currently has only 1 positive case within its entire inmate population.   Accordingly, Defendant's motion for compassionate release presents only a speculative risk. The motion for compassionate release is DENIED.


        IT IS SO ORDERED.

January 24, 2024                                         /s/John R. Adams
Date                                                    JOHN R. ADAMS
                                                       UNITED STATES DISTRICT JUDGE


2